## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE J. THOMPSON, on Behalf of Himself and All Others Similarly Situated, | Civ. Action No. 4:17-cv-00557-MEM |
| Plaintiff, | |
| v. | |
| ANADARKO E&P ONSHORE, LLC; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P. MITSUI E&P USA, LLC; and STATOIL USA ONSHORE PROPERTIES, INC. | *Electronically Filed* |
| Defendants. | |

### STIPULATION AND [PROPOSED] ORDER FOR A STAY OF PROCEEDINGS

WHEREAS, Plaintiff filed his Complaint in the above-referenced action on March 30, 2017 (ECF No. 1);

WHEREAS, Defendant Statoil USA Onshore Properties Inc. ("Statoil") signed a waiver of service of summons that was filed with the Court on May 9, 2017 (ECF No. 8);

WHEREAS, the waiver of service of summons extended Statoil's deadline to respond to Plaintiff's Complaint to June 20, 2017;

WHEREAS, the parties stipulated to an extension of time, to August 21, 2017, for Statoil to respond to Plaintiff's Complaint, which the Court approved and ordered on June 20, 2017 (ECF No. 24);

WHEREAS, Plaintiff and certain other defendants have agreed to a stay to consider and discuss potential options for resolution of the claims presented in this case, and Statoil wishes to remain on the same schedule as the other defendants;

Accordingly, the parties hereby stipulate to a stay of this case, with the parties to provide a status report to the Court by November 15, 2017.

Signed and stipulated this 18th day of August, 2017.

_/s/_ Charles E. Schaffer
Charles E. Schaffer (PA Bar No. 76259)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.corn

Michelle R. O'Brien (PA Bar No. 90470)
THE O'BRIEN LAW GROUP LLC
4099 Bimey Avenue
Moosic, PA 18507
Telephone: (570) 209-7901
Facsimile: (570) 309-0147
mobrien@theobrienlawgroup.com

Larry D. Moffett (Pro Hac Vice to Be Submitted)
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS 38655
Telephone: (662) 232-8979
Facsimile: (662) 232-8940
lmoffett@danielcoker.com

1362595.2

John W. ("Don") Barrett (Pro Hac
Vice to Be Submitted)
BARRETT LAW GROUP
Post Office Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com

Charles J. LaDuca (Pro Hac Vice to Be
Submitted)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW
Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

David S. Stellings (Pro Hac Vice to Be
Submitted)
Daniel Seltz (Pro Hac Vice to Be
Submitted)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
dstellings@lchb.com
dseltz@lchb.com

Alexandra C. Warren (PA Bar No.
93651)
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960
Fax: (202) 789-1813
awarren@cuneolaw. com

*Attorneys for Plaintiff and All Others Similarly Situated*

*/s/ Ryan A. Shores*
Ryan A. Shores (DC 500031, admitted
*pro hac vice*)
David A. Higbee (DC 500605, admitted
*pro hac vice*)
SHEARMAN & STERLING LLP
401 9th Street, NW Suite 800
Washington, DC  20004-2128
202-508-8000 (phone)
202-508-8100 (fax)
ryan.shores@shearman.com

John G. Dean (Pa Bar No. 76168)
ELLIOTT GREENLEAF & DEAN
39 Public Square, Suite 1000
Wilkes-Barre, PA  18701
(570) 371-5290
jgd@elliottgreenleaf.com

*Attorneys for Defendant Statoil USA*
*Onshore Properties Inc.*

SO ORDERED.

Dated: _____          _____
                                        U.S. District Judge Malachy E. Mannion

- 4 -

1362595.2