# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TYRONE J. THOMPSON, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br> ANADARKO E&P ONSHORE, LLC; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P. MITSUI E&P USA, LLC; and STATOIL USA ONSHORE PROPERTIES, INC. <br><br> Defendants. | Civ. Action No. 4:17-cv-00557-MEM <br><br> *Electronically Filed* |

## STATUS REPORT

Pursuant to the Court's orders of August 28, 2017 (ECF Nos. 35-37), the parties hereby provide this joint status report.

The parties agree that the Court-entered stay should remain in place at this time. Plaintiff's counsel and counsel for certain defendants have been engaged in discussions aimed at potential resolution of the claims in this case.

Among other factors, the parties' discussions are affected by the pendency and potential resolution of *Demchak Partners Limited Partnership, et al. v. Chesapeake Appalachia, L.L.C.*, 3:13-cv-2289, also pending before this Court. As the monthly joint status reports submitted in that case reflect, the *Demchak*

1460270.1

litigation is itself affected by developments in the Pennsylvania Attorney General's pending litigation against certain defendants, including certain (but not all) defendants in this case. (Mitsui E&P USA LLC and Statoil USA Onshore Properties, Inc. are not parties to those litigations.) In light of the fluid circumstances created by both the *Demchak* and Attorney General cases, the parties participating in those litigations believe a stay remains appropriate. The other defendants who are not participants do not oppose continuation of the stay.

Dated: November 15, 2017

Respectfully submitted,

 */s/* Charles E. Schaffer
Charles E. Schaffer (PA Bar No. 76259)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
CSchaffer@lfsblaw.corn

Michelle R. O'Brien (PA Bar No. 90470)
THE O'BRIEN LAW GROUP LLC
4099 Bimey Avenue
Moosic, PA 18507
Telephone: (570) 209-7901
Facsimile: (570) 309-0147
mobrien@theobrienlawgroup.com

Larry D. Moffett (Pro Hac Vice to Be Submitted)
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS 38655
Telephone: (662) 232-8979
Facsimile: (662) 232-8940
lmoffett@danielcoker.com

John W. ("Don") Barrett (Pro Hac Vice to Be Submitted)
BARRETT LAW GROUP
Post Office Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com

David S. Stellings (Pro Hac Vice to Be Submitted)
Daniel Seltz (Pro Hac Vice to Be Submitted)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
dstellings@lchb.corn
dseltz@lchb.corn

Charles J. LaDuca (Pro Hac Vice to Be Submitted)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW
Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Alexandra C. Warren (PA Bar No. 93651)
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960
Fax: (202) 789-1813
awarren@cuneolaw. corn

*Attorneys for Plaintiff and All Others Similarly Situated*

*/s/ Ryan A. Shores*

Ryan A. Shores (DC 500031) (*pro hac vice*)
David A. Higbee (DC 500605) (*pro hac vice*)
SHEARMAN & STERLING LLP
401 9th Street, NW Suite 800
Washington, DC 20004-2128
202-508-8000 (phone)
202-508-8100 (fax)
ryan.shores@shearman.com

John G. Dean (Pa Bar No. 76168)
ELLIOTT GREENLEAF & DEAN
39 Public Square, Suite 1000
Wilkes-Barre, PA 18701
(570) 371-5290
jgd@elliottgreenleaf.com

*Attorneys for Defendant Statoil USA Onshore Properties Inc.*

*/s/ John K. Gisleson*

John K. Gisleson
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
Tel: 412-560-7435
E-mail: john.gisleson@morganlewis.com

*Attorney for Defendant Mitsui E&P USA, LLC*

*/s/John A. Snyder*

John A. Snyder
MCQUAIDE BLASKO, INC.
811 University Drive
State College, PA 16801
Tel: (814) 238-4926
E-mail: jasnyder@mqblaw.com

*Attorneys for Defendants Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, and Anadarko E&P Company, L.P.*